IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DERICK SMITH,**

    Plaintiff,

vs.                                                CASE NO. 1:06CV200-MP/AK

**M. A. PLESKOVICH, et al,**

    Defendants.

_____/

# O R D E R

Plaintiff has responded to the Court's show cause order to explain that his address was mis-docketed and he has not been getting his mail because of this error. (Doc. 44). **The Clerk of Court is herein directed to make the appropriate corrections on the docket and to re-mail to Plaintiff the last order entered in this cause**. (Doc. 41). At this point, the motion to dismiss appears to be fully briefed and Plaintiff has responded to it. (Doc. 33). It will be decided in due course.

**DONE AND ORDERED** this  *15*th  day of January, 2008.

                                                *s/ A.A KORNBLUM*
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**