IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DERICK SMITH,

      Plaintiff,

v.                                                                    CASE NO. 1:06-cv-00200-MP-AK

M A PLESKOVICH, et al.,

      Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 47, the Report and Recommendation of the Magistrate Judge, which recommends dismissing this case for failure to state a claim. The petitioner has filed objections, doc. 49, which the Court has reviewed. The Plaintiff claims that his constitutional rights regarding his religion were violated when he was denied a kosher diet. The Court agrees with the Magistrate Judge that to the extent that plaintiff seeks injunctive relief, his claims are now moot because he has been released. Also, to the extent that he seeks damages, his claims are barred because he cannot allege a physical injury. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _6th_ day of March, 2008

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge